UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:  
    TAMIE C BITTLE

Debtor(s)

Case No. 09-53439 SLJ

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Devin Derham-Burk, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/06/2009.

2) The plan was confirmed on 07/01/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/16/2011, 08/18/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/14/2009, 11/23/2009, 02/12/2010, 06/18/2010, 08/12/2010, 11/29/2010, 01/24/2011, 04/20/2011, 09/19/2011, 11/17/2011, 01/18/2012, 03/15/2012, 05/18/2012, 07/20/2012, 10/30/2012, 01/08/2013, 02/27/2013.

5) The case was completed on 03/21/2013.

6) Number of months from filing to last payment: 47.

7) Number of months case was pending: 51.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $9,700.00.

10) Amount of unsecured claims discharged without payment: $170,603.39.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $39,810.80 |
| Less amount refunded to debtor | $18.79 |
| **NET RECEIPTS:** | **$39,792.01** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $5,750.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,003.80 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$8,753.80** |

Attorney fees paid and disclosed by debtor:     $500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Ada Koransky, MD | Unsecured | 974.00 | NA | NA | 0.00 | 0.00 |
| Age Defying Dermatology | Unsecured | 947.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT | Unsecured | 0.00 | 17,421.15 | 17,421.15 | 0.00 | 0.00 |
| AMERICREDIT | Secured | 25,332.00 | 1,594.79 | 1,594.79 | 1,594.79 | 2,480.24 |
| AMERICREDIT FINANCIAL SERVICES | Unsecured | 0.00 | 14,327.08 | 14,327.08 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SERVICES | Secured | 26,287.00 | 13,150.00 | 13,150.00 | 13,150.00 | 3,544.97 |
| AT+T Advertising & Publishing | Unsecured | 12,370.00 | NA | NA | 0.00 | 0.00 |
| BASS & ASSOCIATES PC | Secured | 1,168.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 0.00 | 1,168.36 | 1,168.36 | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | 2,521.00 | 2,521.95 | 2,521.95 | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | 2,327.00 | 2,464.37 | 2,464.37 | 0.00 | 0.00 |
| Citi Auto | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL AUTO CREDIT INC | Secured | 14,657.00 | 1,631.57 | 1,631.57 | 1,631.57 | 2,229.06 |
| CITIFINANCIAL AUTO CREDIT INC | Unsecured | 0.00 | 13,394.05 | 13,394.05 | 0.00 | 0.00 |
| Club One, Inc. | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| Continental Credit Conrol | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Continental Credit Conrol | Unsecured | 619.00 | NA | NA | 0.00 | 0.00 |
| David S. Hirschfeld MD | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORE NATL BK/MAC | Unsecured | 231.00 | 231.49 | 231.49 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 5,437.00 | 5,437.09 | 5,437.09 | 0.00 | 0.00 |
| GE Money Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Good Samaritan Hospital M'care | Unsecured | 2,438.00 | NA | NA | 0.00 | 0.00 |
| HSBC Retail Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Insight Health Corp. | Unsecured | 569.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | 2,400.00 | 2,400.00 | 2,400.00 | 0.00 |
| Macy's | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Mervyn's | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL MANAGEMENT | Unsecured | 0.00 | 16,009.59 | 16,009.59 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NATIONAL CAPITAL MANAGEMENT | Secured | 17,310.00 | 1,545.86 | 1,545.86 | 1,545.86 | 2,461.72 |
| OAK HARBOR CAPITAL LLC | Unsecured | 1,273.00 | 1,273.38 | 1,273.38 | 0.00 | 0.00 |
| Omega Sports Rehabilitation, Inc. | Unsecured | 439.00 | NA | NA | 0.00 | 0.00 |
| Pacific Bell Directory | Unsecured | 23,497.00 | NA | NA | 0.00 | 0.00 |
| PITNEY BOWES | Unsecured | 2,309.00 | 2,294.60 | 2,294.60 | 0.00 | 0.00 |
| Pitney Bowes, Inc. | Unsecured | 575.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MNGMT LLC | Unsecured | 583.00 | 625.88 | 625.88 | 0.00 | 0.00 |
| Robert S. Millard, MD | Unsecured | 449.00 | NA | NA | 0.00 | 0.00 |
| ROOFING SUPPLY OF NORTHERN CA | Unsecured | 12,391.00 | 12,391.93 | 12,391.93 | 0.00 | 0.00 |
| Santa Clara Valley Med Ctr | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| Triad Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Universal Fidelity LP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| U-Save Removal | Unsecured | 9,120.00 | NA | NA | 0.00 | 0.00 |
| Valley Radiology at Samaritan | Unsecured | 587.00 | NA | NA | 0.00 | 0.00 |
| VALLEY YELLOW PAGES | Unsecured | 27,196.00 | 27,618.47 | 27,618.47 | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $17,922.22 | $17,922.22 | $10,715.99 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$17,922.22** | **$17,922.22** | **$10,715.99** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,400.00 | $2,400.00 | $0.00 |
| **TOTAL PRIORITY**: | **$2,400.00** | **$2,400.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$117,179.39** | **$0.00** | **$0.00** |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $8,753.80 |
| Disbursements to Creditors | $31,038.21 |
| **TOTAL DISBURSEMENTS** : | **$39,792.01** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/14/2013                        By: /s/ Devin Derham-Burk
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**